**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*
*RoadSafe Traffic Systems, Inc.*

**BARRON & PRUITT, LLP**
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

HILDA LOPEZ, individually, as Special Administrator of Estate of RICARDO HERNANDEZ-HIDALGO,

Plaintiff,

vs.

GRANITE CONSTRUCTION COMPANY, a foreign corporation, ROADSAFE TRAFFIC SYSTEMS INC., a foreign corporation, STATEWIDE TRAFFIC SAFETY & SIGNS, INC., a foreign corporation; DOE MANAGERS I through X; DOE EMPLOYEES I through X; DOE OWNERS I through X; DOE SUBCONTRACTORS; ROE EMPLOYERS XI through XX; DOES XXI through XXV; and ROE CORPORATIONS, XXV through XXX, inclusive, jointly and severally.

Defendants.

Case No: 2:26-cv-02310-GMN-BNW

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT ROADSAFE TRAFFIC SYSTEMS INC.'S OPPOSITION TO PLAINTIFF'S SECOND MOTION TO REMAND**
**(FIRST REQUEST)**

Defendant RoadSafe Traffic Systems Inc. (herein RoadSafe), by and through its attorneys of record, BARRON & PRUITT, LLP, and Plaintiff Hilda Lopez, by and through her attorneys of record, D.R. PATTI & ASSOCIATES, hereby agree and stipulate to extend the deadline for Defendant RoadSafe to submit its Opposition to Plaintiff's Second Motion to Remand (Docket #6) from Friday, August 14, 2026 to Wednesday, August 19, 2026.

///

///

///

///

///

Defendant Granite Construction Company filed a Petition for Removal on July 29, 2026 (Docket #1). Plaintiff filed her Second Motion to Remand on July 31, 2026 (Docket #6). Defendant RoadSafe filed its Joinder to the Petition for Removal on August 5, 2026 (Docket #8). Defendant RoadSafe's Opposition to Plaintiff's Second Motion to Remand is currently due by August 14, 2026. Defendant is requesting additional time to submit the opposition. Additional time is needed as Defendant's counsel, William H. Pruitt, Esq., was out of the office due to a residential move. Plaintiff does not oppose Defendant RoadSafe's request for an extension, up to and including August 19, 2026, for Defendant RoadSafe's to file its opposition to the Motion to Remand.

Dated this 14th day of August, 2026
BARRON & PRUITT, LLP

/s/ *William H. Pruitt*
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant RoadSafe Traffic Systems Inc.*

Dated this 14th day of August, 2026
THORNDAL ARMSTRONG, PC

/s/ *Gregory M. Schulman*
GREGORNY M. SCHULMAN, ESQ.
Nevada Bar No. 5766
600 South Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
*Attorneys for Defendant Granite Construction Co.*

Dated this 14th day of August, 2026
D.R. PATTI & ASSOCIATES

*/s/ Troy A. Clark*
TROY A. CLARK, ESQ.
Nevada Bar No. 11361
720 South Seventh Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

Dated this 14th day of August, 2026
WOOD, SMITH, HENNING & BERNMAN LLP

*/s/ Philip A. John*
PHILIP A. JOHN, ESQ.
Nevada Bar No. 10627
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128
*Attorneys for Defendant Statewide Traffic Safety & Signs, Inc.*

**IT IS SO ORDERED**

**DATED** this 17 day of August, 2026.

Gloria M. Navarro, District Judge
United States District Court

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950