**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*
*RoadSafe Traffic Systems, Inc.*

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HILDA LOPEZ, individually, as Special Administrator of Estate of RICARDO HERNANDEZ-HIDALGO,<br><br>Plaintiff,<br>vs.<br><br>GRANITE CONSTRUCTION COMPANY, a foreign corporation, ROADSAFE TRAFFIC SYSTEMS INC., a foreign corporation, STATEWIDE TRAFFIC SAFETY & SIGNS, INC., a foreign corporation; DOE MANAGERS I through X; DOE EMPLOYEES I through X; DOE OWNERS I through X; DOE SUBCONTRACTORS; ROE EMPLOYERS XI through XX; DOES XXI through XXV; and ROE CORPORATIONS, XXV through XXX, inclusive, jointly and severally.<br><br>Defendants. | Case No: 2:26-cv-02310-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR INITIAL EXPERT DISCLOSURES** |

Pursuant to the Amended Stipulated Discovery Plan and Scheduling Order (Docket #26), initial expert disclosures are currently due in this matter by November 20, 2026. The parties have experienced scheduling challenges with setting the depositions of the witnesses to the subject accident. Expert witnesses will need to review those depositions transcripts before finalizing opinions. The parties expect those depositions will take place on November 12 and 13, 2026. As such, Defendant RoadSafe Traffic Systems Inc. (herein RoadSafe), by and through its attorneys of record, BARRON & PRUITT, LLP, and Plaintiff Hilda Lopez, by and through her attorneys of record, D.R. PATTI & ASSOCIATES, hereby agree and stipulate to extend the deadline for all parties to disclose initial experts from November 20, 2026 to December 4, 2026. Such extension

with allow time for the depositions of the witnesses to proceed and for the experts to review those depositions transcripts prior to disclosing expert reports.

As such, the parties have agreed that the deadline for initial expert disclosures be extended to December 4, 2026. All remaining discovery deadlines remain unchanged.

Dated this 26th day of October, 2026
BARRON & PRUITT, LLP

/s/ *William H. Pruitt*
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant RoadSafe Traffic Systems Inc.*

Dated this 26th day of October, 2026
THORNDAL ARMSTRONG, PC

/s/ *Gregory M. Schulman*
GREGORY M. SCHULMAN, ESQ.
Nevada Bar No. 5766
600 South Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
*Attorneys for Defendant Granite Construction Co.*

Dated this 26th day of October, 2026
D.R. PATTI & ASSOCIATES

*/s/ Troy A. Clark*
TROY A. CLARK, ESQ.
Nevada Bar No. 11361
720 South Seventh Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

Dated this 26th day of October, 2026
WOOD, SMITH, HENNING & BERNMAN LLP

*/s/ Philip A. John*
PHILIP A. JOHN, ESQ.
Nevada Bar No. 10627
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128
*Attorneys for Defendant Statewide Traffic Safety & Signs, Inc.*

**IT IS SO ORDERED**

UNITED STATES MAGISTRATE JUDGE

DATED: October 27, 2026

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950