**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**CADE C. FUSCO, ESQ.**
Nevada Bar No. 17685
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*
*RoadSafe Traffic Systems, Inc.*

**BARRON & PRUITT, LLP**
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

HILDA LOPEZ, individually, as Special Administrator of Estate of RICARDO HERNANDEZ-HIDALGO,

Plaintiff,

vs.

GRANITE CONSTRUCTION COMPANY, a foreign corporation, ROADSAFE TRAFFIC SYSTEMS INC., a foreign corporation, STATEWIDE TRAFFIC SAFETY & SIGNS, INC., a foreign corporation; DOE MANAGERS I through X; DOE EMPLOYEES I through X; DOE OWNERS I through X; DOE SUBCONTRACTORS; ROE EMPLOYERS XI through XX; DOES XXI through XXV; and ROE CORPORATIONS, XXV through XXX, inclusive, jointly and severally.

Defendants.

Case No: 2:26-cv-02310-GMN-BNW

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT ROADSAFE TRAFFIC SYSTEMS INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO FILE A THIRD AMENDED COMPLAINT AND PLAINTIFF REPLY IN SUPPORT OF SAID MOTION (FIRST REQUEST)**

Defendant RoadSafe Traffic Systems Inc. (herein RoadSafe), by and through its attorneys of record, BARRON & PRUITT, LLP, and Plaintiff Hilda Lopez, by and through her attorneys of record, D.R. PATTI & ASSOCIATES, hereby agree and stipulate to extend the deadline for Defendant RoadSafe to submit its Opposition to Plaintiff's Motion to File a Third Amended Complaint (Docket #28) from Friday, November 6, 2026 to Friday, November 13, 2026. The Parties further agree and stipulate that the deadline for Plaintiff to file her Reply in Support of the Motion to File a Third Amended Complaint be extended through and including December 4, 2026.

Plaintiff filed her Motion to File a Third Amended Complaint on October 23, 2026 (Docket #28). Oppositions to Plaintiff's motion are currently due by November 6, 2026. Defendant RoadSafe

is requesting additional time to submit the opposition. Additional time is needed as Defendant's counsel has been out of the office due to illness, but is expected to return to the office next week. Plaintiff does not oppose Defendant RoadSafe's request for an extension, up to and including November 13, 2026, for Defendant RoadSafe to file its opposition to Plaintiff's Motion to File a Third Amended Complaint. The Parties further agree that the deadline for Plaintiff to file her Reply in Support of said Motion will be extended to December 4, 2026.

Dated this 6th day of November, 2026
BARRON & PRUITT, LLP

*/s/ Cade C. Fusco*
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
CADE C. FUSCO, ESQ.
Nevada Bar No. 17685
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant RoadSafe Traffic Systems Inc.*

Dated this 6th day of November, 2026
THORNDAL ARMSTRONG, PC

*/s/ Gregory M. Schulman*
GREGORNY M. SCHULMAN, ESQ.
Nevada Bar No. 5766
600 South Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
*Attorneys for Defendant Granite Construction Co.*

Dated this 6th day of November, 2026
D.R. PATTI & ASSOCIATES

*/s/ Troy A. Clark*
TROY A. CLARK, ESQ.
Nevada Bar No. 11361
720 South Seventh Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

Dated this 6th day of November, 2026
WOOD, SMITH, HENNING & BERNMAN LLP

*/s/ Philip A. John*
PHILIP A. JOHN, ESQ.
Nevada Bar No. 10627
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128
*Attorneys for Defendant Statewide Traffic Safety & Signs, Inc.*

**IT IS SO ORDERED**



UNITED STATES MAGISTRATE JUDGE

DATED: November 9, 2026

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950